1  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
2  MARGARET E. SCHMIDT, ESQ.
   Nevada Bar No. 12489
3  **MAIER GUTIERREZ AYON**
   400 South Seventh Street, Suite 400
4  Las Vegas, Nevada 89101
   Telephone: (702) 629-7900
5  Facsimile:  (702) 629-7925
   E-mail:    laa@mgalaw.com
6              mes@mgalaw.com

7  *Attorneys for Defendant Poshbaby LLC aka Poshbaby LLC Series 34 Grand Corniche*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:13-cv-01819-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT POSHBABY LLC, AKA POSHBABY LLC SERIES 34 GRAND CORNICHE TO FILE RESPONSIVE PLEADING** |
| LAKE LAS VEGAS SOUTHSHORE RESIDENTIAL COMMUNITY ASSOCIATION, a non-profit corporation; POSHBABY LLC, AKA POSHBABY LLC SERIES 34 GRAND CORNICHE, a limited liability company; VILLA PORTOFINO, LLC, a limited liability company; P-C PLUMBING, Inc., a corporation; FERGUSON ENTERPRISES, INC., a corporation; E & F CANNON, INC. DBA LAS VEGAS POOLS SPAS AND MASONRY, a corporation; PETE KING NV CORPORATION, a corporation; TALON ELECTRIC, LLC, a limited liability company; R.O.W. CUSTOM ENTERPRISE NEVADA INC., a corporation; MURPHY ELECTRIC, INC., a corporation; ARIZONA LABOR FORCE, INCORPORATED, a corporation; LAKE LAS VEGAS MASTER ASSOCIATION, a non-profit corporation; THE CITY OF HENDERSON, a government entity; CLARK COUNTY TREASURER; THOMAS HEATH, an individual; MA'AN NASIR, an individual; ROBERT AVERY, an individual; and DOES 1 through 50, inclusive, | **(First Request)** |
| Defendants. | |

1

1   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Bank of America, N.A. ("Plaintiff") and defendant Poshbaby LLC aka Poshbaby LLC Series 34 Grand Corniche ("Poshbaby"), through their undersigned counsels of record, that the deadline for Poshbaby to file a responsive pleading to Plaintiff's first amended complaint (Dkt. No. 39), filed on August 28, 2015, shall be continued for fourteen (14) days, until October 1, 2015. The requested extension is necessary to allow Poshbaby sufficient time to review and appropriately respond to the first amended complaint. This is the parties' first request for an extension and is not intended to cause delay or prejudice to any party.

DATED this 17th day of September, 2015.     DATED this 17th day of September, 2015.

**MAIER GUTIERREZ AYON**                    **AKERMAN LLP**

  /s/ Margaret E. Schmidt                      /s/ Allison R. Schmidt
LUIS AYON, ESQ.                             ARIEL E. STERN, ESQ.
Nevada Bar No. 9752                         Nevada Bar No. 8276
MARGARET E. SCHMIDT, ESQ.                   ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 12489                        Nevada Bar No. 10743
400 South Seventh Street, Suite 400         1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89144
*Attorneys for Defendant Poshbaby LLC aka*  *Attorneys for Plaintiff Bank of America, N.A.*
*Poshbaby LLC Series 34 Grand Corniche*

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED this 18th day of September, 2015.

2