ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  allison.schmidt@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>LAKE LAS VEGAS SOUTHSHORE RESIDENTIAL COMMUNITY ASSOCIATION, a non-profit corporation; POSHBABY LLC, AKA POSHBABY LLC SERIES 34 GRAND CORNICHE, a limited liability company; VILLA PORTOFINO, LLC, a limited liability company;  P-C PLUMBING, INC., a corporation; FERGUSON ENTERPRISES, INC., a corporation; E & F CANNON, INC. DBA LAS VEGAS POOLS SPAS AND MASONRY, a corporation; PETE KING NV CORPORATION, a corporation; TALON ELECTRIC, LLC, a limited liability company; R.O.W. CUSTOM ENTERPRISE NEVADA INC, a corporation;  MURPHY ELECTRIC, INC., a corporation; ARIZONA LABOR FORCE, INCORPORATED, a corporation; LAKE LAS VEGAS MASTER ASSOCIATION, a non-profit corporation; THE CITY OF HENDERSON, a government entity, CLARK COUNTY TREASURER, THOMAS HEATH, an individual, RAQUEL HEAH, an individual, MA'AN NASIR, an individual, ROBERT AVERY, an individual, and DOES 1 through 50, inclusive. | Case No. 2:13-CV-01819-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO POSHBABY, LLC'S MOTION TO DISMISS [DKT 45]**<br><br>**(FIRST REQUEST)** |

Defendants.

Plaintiff Bank of America, NA (**BANA**), and Defendant Poshbaby, LLC (**Poshbaby**) hereby stipulate and agree, through their respective counsel of record, that Nationstar shall have and additional fourteen (14) days, until and through **November 2, 2015** to file their response to Poshbaby's motion to dismiss [DKT 45], presently due October 19, 2015. The reason for the extension is a calendaring error by counsel for BANA's office which resulted in the deadline not being properly calendared. The extension will allow the motion to be properly responded to and decided on the merits.

This request it the parties' first request for extension of this deadline and is submitted in good faith without the purpose of prejudice or undue delay.

DATED this 28th day of October, 2015.    DATED this 28th day of October, 2015.

| **AKERMAN LLP** | **MAIER GUTIERREZ AYON** |
|---|---|
| By: _Ariel E. Stern_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiffs* | By:___*Luis A. Ayon*_____<br>Luis A. Ayon, Esq.<br>Margaret Schmidt, Esq.<br>400 South Seventh Street<br>Suite 400<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Poshbaby LLC Series 34 Grand Corniche* |

**ORDER**

IT IS SO ORDERED:

DATED: October 29, 2015

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE