# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01819-JCM-GWF |
| ) | |
| vs. ) | **<u>ORDER</u>** |
| ) | |
| ) | |
| LAKE LAS VEGAS SOUTHSHORE ) | Motion (#74) |
| RESIDENTIAL COMMUNITY ) | |
| ASSOCIATION, et al. ) | |
| ) | |
| Defendants. ) | |

      This matter is before the Court on Stephanie Barker's (hereinafter "Counsel") Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#74), filed on January 14, 2016.

      Counsel brings this motion on behalf of the Clark County District Attorney's office, who represents Defendant Clark County Treasurer in this matter. Defendant Clark County Treasurer was served with the Summons and Complaint on October 23, 2013. (#8, #15). Counsel represents that Clark County Treasurer entered into this action for the sole purpose of filing Clark County Treasurer's Disclaimer of Interest (#36) on August 18, 2014. Therefore, Counsel asserts that it is no longer necessary for Counsel to remain on the CM/ECF service list. However, Defendant Clark County Treasurer has not been dismissed from this action despite its disclaimer of interest. Therefore, the Court cannot remove Counsel for Clark County Treasurer from the CM/ECF service list. Accordingly,

. . .

. . .

1     **IT IS HEREBY ORDERED** that Stephanie Barker's Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#74) is **denied** without prejudice.

DATED this 15th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge