# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAKE LAS VEGAS SOUTHSHORE ) <br> RESIDENTIAL COMMUNITY ) <br> ASSOCIATION, et al. ) <br> ) <br> Defendants. ) | Case No. 2:13-cv-01819-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Discovery Plan Deadline (ECF No. 86), filed on January 12, 2017. To date, no party has filed an opposition to this motion and the time for response has now expired.

Plaintiff requests a 30 day extension of time to file a proposed discovery plan and scheduling order to complete settlement documentation. The Court finds that Plaintiff has sufficiently established good cause for the granting of the extension. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion to Extend Discovery Plan Deadline (ECF No. 86) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall have until **February 13, 2017** to file a proposed discovery plan and scheduling order or notice of settlement.

DATED this 30th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge